UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SCOTTIE NICHOLSON,

Plaintiff,

v.

NEW YORK STATE TROOPER JUSTIN P. STATT, *et al.*,

Defendants

**AMENDED SCHEDULING ORDER**

25-CV-6018 MAV CDH

Pursuant to a consent letter request by defendant New York State Trooper Justin P. Statt for an extension of the remaining case management deadlines, and good cause having been shown, it is hereby

ORDERED that this Court's July 29, 2026 Amended Scheduling Order (Dkt. 30) is amended as follows:

1. The **telephone status conference** scheduled for September 23, 2026, is reset for **November 18, 2026**, at **2:00 p.m.**. Dial-in instructions will be emailed to counsel prior to the conference.

2. All factual discovery in this case, including depositions, shall be completed on or before **November 2, 2026**.

3. Plaintiff shall identify any expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2)(A) and provide reports pursuant to Rule 26(a)(2)(B) and/or disclosures pursuant to Rule 26(a)(2)(C) by **December 4, 2026**. Defendants shall identify any

expert witnesses and provide reports pursuant to Fed. R. Civ. P. 26 by **January 8, 2027**. The parties shall complete all discovery relating to experts, including depositions, by **February 5, 2027**.

4. Dispositive motions, if any, shall be filed no later than **March 12, 2027**. Unless a consent to proceed before this Court has been filed, such motions shall be made returnable before Judge Vacca.

5. A trial date status conference pursuant to Fed. R. Civ. P. Rule 16(e) and Local Rule 16 will be held, if necessary, at a date and time to be determined by the trial judge after determination of dispositive motions. If no dispositive motions are filed, counsel shall **immediately** contact the trial judge so that a trial date status conference can be scheduled.

No extension of the above cutoff dates will be granted except upon written application, made prior to the cutoff date, showing good cause for the extension. Application for extensions should be made to the Magistrate Judge. Joint or unopposed requests to extend the deadlines set forth in this order need not be made by formal motion, but rather may be sought in a letter to the court. Letter requests must detail good cause for the extension and propose new deadlines.

**SO ORDERED.**

Colleen D. Holland
COLLEEN D. HOLLAND
United States Magistrate Judge

Dated: Rochester, New York
September 18, 2026